# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>    Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | CASE NO.: 3:24-CV-986-E |

## NOTICE OF APPEAL

Please take notice that Defendant hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's August 20, 2024 Final Judgment, ECF No. 212.

Dated: October 18, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director

*/s/ Taisa M. Goodnature*
TAISA M. GOODNATURE
(New York Bar No. 5859137)
RACHAEL L. WESTMORELAND
ARJUN MODY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3786
E-mail: Taisa.M.Goodnature@usdoj.gov

## CERTIFICATE OF WORD COUNT

This document complies with the Court's word count requirement because it contains 29 words.


Dated: October 18, 2024          /s/ *Taisa M. Goodnature*
                                                            TAISA M. GOODNATURE
                                                            (New York Bar No. 5859137)
                                                            RACHAEL L. WESTMORELAND
                                                            ARJUN MODY
                                                            Trial Attorneys
                                                            U.S. Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            1100 L Street, NW
                                                            Washington, D.C. 20005
                                                            Tel: (202) 514-3786
                                                            E-mail: Taisa.M.Goodnature@usdoj.gov

## CERTIFICATE OF SERVICE

On October 18, 2024, I electronically filed the above notice with the clerk of court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


*/s/ Taisa M. Goodnature*

Taisa M. Goodnature