# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 28, 2025
Lyle W. Cayce
Clerk

No. 24-10951

Ryan, L.L.C.,

      *Plaintiff—Appellee*,

Chamber of Commerce of the United States of America; Business Roundtable; Texas Association of Business; Longview Chamber of Commerce,

      *Intervenor Plaintiffs—Appellees*,

*versus*

Federal Trade Commission,

      *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-986
_____

ORDER:

    IT IS ORDERED that the opposed motion of Small Business Majority to intervene as appellants is DENIED.

IT IS FURTHER ORDERED that the opposed motion of Small Business Majority to have the government provide at least 10 days' notice to proposed intervenors and the Court before any voluntary dismissal of the appeal, stipulating to judgment, or taking any similar action is DENIED.

*Leslie H. Southwick*

---
Leslie H. Southwick
*United States Circuit Judge*