# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Ryan, L.L.C.,
        Plaintiff-Appellee,

Chamber of Commerce of the United States of America, *et al.*,
        Intervenor-Plaintiffs-Appellees,

v.

Federal Trade Commission,
        Defendant-Appellant.

No. 24-10951

## UNOPPOSED MOTION FOR 30-DAY EXTENSION
## OF TIME TO FILE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), the government respectfully moves for a 30-day extension of time, to and including March 26, 2025, in which to file its response brief. Plaintiff and intervenor-plaintiffs do not oppose this motion. In support of this motion, the government states the following:

1. The government filed its opening brief in this appeal on January 2, 2025, without taking any extensions of time. Plaintiff and intervenor-plaintiffs each filed their response brief on February 3, 2025. The government's reply brief is currently due February 24, 2025, and the government has not previously sought an extension of this deadline.

2. The requested extension is necessary to allow the government adequate time

to prepare and review its brief. The attorneys with principal responsibility for this matter are Sean R. Janda and Urja Mittal. Mr. Janda has recently been occupied with a number of other pressing matters, including *Samma v. U.S. Department of Defense*, No. 20-5320 (D.C. Cir.) (oral argument held on January 30); *U.S. Steel Corp. v. CFIUS*, No. 25-1004 (D.C. Cir.) (response brief due on expedited briefing schedule on March 3); *Sweet v. U.S. Department of Education*, No. 23-15049 (9th Cir.) (response to petition for rehearing en banc due March 3); and additional internal matters. Ms. Mittal has also recently been occupied with a number of other pressing matters, including *Palacio v. FDA*, No. 24-12446 (11th Cir.) (response brief due March 3); *Accuracy in Media v. Department of Defense*, No. 24-5165 (D.C. Cir.) (response brief due March 20); and additional internal matters.

In addition, the attorney with principal supervisory responsibility for this matter, Michael S. Raab, also has supervisory responsibilities on a number of other ongoing appellate matters, including *Campaign for Accountability v. Department of Justice*, No. 24-5163 (D.C. Cir.) (response/reply brief filed February 5); *Novartis Pharms. Corp. v. HHS*, No. 24-2968 (3d Cir.) (response brief due February 19); *Dayton Area Chamber of Commerce v. Becerra*, No. 24-3868 (6th Cir.) (response brief due February 21); and *Mahoney v. U.S. Capitol Police Bd.*, No. 24-5207 (D.C. Cir.) (opening brief due March 5).

3. Counsel for plaintiff and for intervenors-plaintiffs have informed the government that plaintiff and intervenors-plaintiffs do not oppose this motion.

Respectfully submitted,

MICHAEL S. RAAB

 /s/ Sean R. Janda
SEAN R. JANDA
URJA MITTAL
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

February 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 365 words, according to the count of Microsoft Word.

/s/ *Sean R. Janda*
Sean R. Janda