United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 14, 2025
Lyle W. Cayce
Clerk

No. 24-10951

Ryan, L.L.C.,

*Plaintiff—Appellee*,

Chamber of Commerce of the United States of America; Business Roundtable; Texas Association of Business; Longview Chamber of Commerce,

*Intervenor Plaintiffs—Appellees*,

*versus*

Federal Trade Commission,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-986

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion for an extension of 30 days, or, to and including March 26, 2025 to file the reply brief is GRANTED.

No. 24-10951

*Leslie H. Southwick*

_____

LESLIE H. SOUTHWICK
*United States Circuit Judge*