# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals Fifth Circuit
**FILED**
March 12, 2025
Lyle W. Cayce
Clerk

No. 24-10951

Ryan, L.L.C.,

*Plaintiff—Appellee,*

Chamber of Commerce of the United States of America; Business Roundtable; Texas Association of Business; Longview Chamber of Commerce,

*Intervenor Plaintiffs—Appellees,*

*versus*

Federal Trade Commission,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-986

ORDER:

IT IS ORDERED that Appellant's unopposed motion to stay further proceedings for 120 days from the date of this order and provide a status report upon the culmination of the stay is GRANTED.

No. 24-10951

*Leslie H. Southwick*

---
Leslie H. Southwick
*United States Circuit Judge*