# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Ryan, L.L.C.,
        Plaintiff-Appellee,

Chamber of Commerce of the United States of America, *et al.*,
        Intervenor-Plaintiffs-Appellees,

v.

Federal Trade Commission,
        Defendant-Appellant.

No. 24-10951

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), the government respectfully moves to voluntarily dismiss this appeal, with all parties to bear their own costs. Plaintiff and intervenor-plaintiffs do not oppose this motion.

Respectfully submitted,

MICHAEL S. RAAB

/s/ *Sean R. Janda*
SEAN R. JANDA
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

September 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 33 words, according to the count of Microsoft Word.

*/s/ Sean R. Janda*
Sean R. Janda
