# United States Court of Appeals for the Fifth Circuit

A True Copy
Certified order issued Sep 08, 2025

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 8, 2025

Lyle W. Cayce
Clerk

No. 24-10951

---

RYAN, L.L.C.,

*Plaintiff—Appellee,*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
BUSINESS ROUNDTABLE; TEXAS ASSOCIATION OF BUSINESS;
LONGVIEW CHAMBER OF COMMERCE,

*Intervenor Plaintiffs—Appellees,*

*versus*

FEDERAL TRADE COMMISSION,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-986

---

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of September 08, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

No. 24-10951

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT